**United States Bankruptcy Court**
**District of South Carolina**

Case Number: 26−02829−hb    Chapter: 7

**In re:**
Latasha Williams Donohue

| Filed By The Court |
| --- |
| **8/11/26** Lauren T Maxwell Clerk of Court US Bankruptcy Court |

**DEFICIENCY NOTICE**

---

To: Latasha Williams Donohue

You have submitted to the Court for filing a document, Objection, which was received on 08/10/2026. The Objection is deficient for the following reason(s):

- ☐ The filing fee has not been paid (28 U.S.C. § 1930 and the Appendix thereto).
- ☐ No signature (written or conformed (shown by "/s/ John Doe")).
- ☐ Electronic event and image do not match. Explanation:
- ☐ Improper or no linkage of document. Explanation:
- ☐ No B121 Form (Your Statement About Your Social Security Number).
- ☐ The motion which should be noticed passively has not met all of the requirements of SC LBR 9013−4. Explanation:
- ☐ Statement of Monthly Income and Means Test Calculation not in accordance with Fed. R. Bankr. P. 1007.
- ☐ Filing not in accordance with official forms.
- ☐ Motion to Avoid Lien/Judicial Lien not in compliance with Court procedures. Please see CM/ECF Participant's Guide for Motion to Avoid Lien − Without Passive Hearing Notice.
- ☑ Other: **No handwritten signature. No certificate of service.**

Please cure the deficiency by **August 21, 2026**.

Upon failure to cure, the Court may enter an order striking the document, dismissing the case/adversary proceeding, or providing other adverse ruling without further notice or hearing.

Lauren T Maxwell
Clerk of Court
United States Bankruptcy Court

By: T Davis, Deputy Clerk
1100 Laurel Street
Columbia, SC 29201−2423
(803) 765−5436