# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0420−6 | User: admin | Date Created: 8/11/2026 |
| Case: 26−02829−hb | Form ID: 320jwBNC | Total: 1 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Latasha Williams Donohue | 500 Concord Rd | Apt E3 | Anderson, SC 29621 |

TOTAL: 1